IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-CV-11114 |
| MIDLAND HEATLHCARE, LLC, | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

JUDGE SWEET

### RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF

Plaintiff Breckenridge Pharmaceutical, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: December 7, 2007
New York, New York

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Kristi A. Davidson, Esquire (KD 4753)
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Telephone: (212) 440-4400
Fax: (212) 440-4401

C. Randolph Ross, Esquire (CR 8966)
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
Telephone: (215) 665-8700
Fax: (215) 665-8760