**Buchanan Ingersoll ♦ Rooney** PC
Attorneys & Government Relations Professionals



Kristi A. Davidson
212 440 4562
kristi.davidson@bipc.com

One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417

212 440 4400
212 440 4401

www.buchananingersoll.com

December 27, 2007

**VIA HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:   Breckenridge Pharmaceutical, Inc. v. Midland Healthcare, LLC
      (Case No.: 07 CV 11114)

Dear Judge Sweet:

My office represents Breckenridge Pharmaceutical, Inc., the plaintiff in the above-referenced action. Defendant Midland Healthcare, LLC has asked Breckenridge for an extension of time to answer the Complaint. Breckenridge has agreed to such an extension through January 9, 2008.

Midland has not yet retained counsel to represent it in this matter and, as a limited liability company, cannot represent itself. Consequently, Midland is not in a position to sign a stipulation memorializing the parties' agreement. After consultation with your chambers, I submit this letter in lieu of a stipulation so that the January 9, 2008 extension may be "so ordered."

If you require any additional information, please advise. Thank you for the Court's consideration of this matter.

Very truly yours,

*So ordered*
*[signature] USDJ*
*1.4.08*

Kristi A. Davidson

cc:   Randall Ross, Esquire (via email)
      Eugene Kim, General Counsel, Breckenridge Pharmaceutical, Inc. (via email)
      Midland Healthcare, LLC