Our File No.: 8.6561
BURRELL REGENSTREICH LLC
219 E. BERGEN PLACE
RED BANK, NEW JERSEY 07701
732-212-8400
Attorneys for Defendant(s), MIDLAND HEALTHCARE, LLC.

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC, <br><br>     Plaintiff, <br><br>  vs. <br><br>MIDLAND HEALTHCARE, LLC. <br><br>     Defendant. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK <br><br>CASE NUMBER: 07-CV-11114(RWS) <br><br>AFFIRMATION OF SERVICE |

  **BRUCE REGENSTREICH, ESQ.** affirms as follows:

 I am an attorney duly licensed to practice law before the Courts of the State of New York. I am not a party to the action, I am over 18 years of age and I work at 110 Wall Street, Eleventh Floor, New York, New York 11201.

 I hereby affirm to be true, under the penalty of perjury, that on January 17, 2008 I served a true copy of the annexed ANSWER by mailing same in a sealed envelope with postage prepaid in an official depository of the U.S. Postal Service and Certified Mail, Return Receipt Requested, and by Regular Mail, addressed to:

    BUCHANAN INGERSOLL ROONEY PC
    Attorneys for Plaintiff
    One Chase Manhattan Plaza-35th Floor
    New York, NY 10005-1417

Dated:  New York, New York
     January 17, 2008

            Yours, etc.

            _/s/ Bruce Regenstreich_
            Bruce Regenstreich
            BURRELL REGENSTREICH, LLC
            Attorneys for Defendant(s)MIDLAND HEALTHCARE, LLC