Sweet /T

01/15/2008  12:24    7322129051                    BURRELL REGENSTREICH              PAGE  02/02

        JAN 10 2008 15:42 FR                212 440 4508 TO 917322129051H698 P.02/02

RECEIVED
JAN 17 2008
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRECKENRIDGE PHARMACEUTICAL, INC.          :        Case No. 07 CV 11114 (RWS)

                    Plaintiff,             :

        -against-                          :

MIDLAND HEALTHCARE, LLC,                   :        **STIPULATION**
                    Defendants.            :
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by Plaintiff Breckenridge Pharmaceuticals,

Inc., through its attorneys, Buchanan Ingersoll & Rooney PC, and by Defendant Midland

Healthcare, LLC, through its attorneys BURRELL REGENSTREICH, that the time for Defendant

to answer the Complaint is hereby extended up to and including January 16, 2008.

    This Stipulation may be signed in multiple counterparts, and by facsimile, each of which

when so executed and delivered shall be deemed an original, but all of which when taken together

shall constitute but one and the same instrument.

Dated: New York, New York
        January 10, 2008

BUCHANAN INGERSOLL & ROONEY PC          BURRELL REGENSTREICH

By: _____            By: _____
    Kristi A. Davidson, Esquire (KD-4753)   Bruce Regenstreich (BR-    )
    One Chase Manhattan Plaza, 35th Floor   219 E. Bergen Place
    New York, NY 10005                      Redbank, NJ 07701
    (212) 440-4400                          (732) 212-8400

*Attorneys for Plaintiff*               *Attorneys for Defendant*

*SO ORDERED:*

_____
Robert W. Sweet, USDJ
    1·18·08