**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-CV-11114(RWS) |
| MIDLAND HEATLHCARE, LLC, | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

### NOTICE OF CHANGE OF ADDRESS

**To:    Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney
information change(s) for:    C. Randolph Ross

☒ *Attorney*

    ☒    I am a U.S.D.C. Southern District of New York attorney.  My Bar Number is:
CR 8966.

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

From:  Buchanan Ingersoll & Rooney PC

To:    CROWELL & MORING LLP

☒    I will continue to be counsel of record on the above-entitled case at my new
firm/agency.

☐    I am no longer counsel of record on the above-entitled case.  An order
withdrawing my appearance was entered on _____ by Judge
_____.

☒    *Address:*      153 East 53rd Street, 31st Floor, New York, NY 10022

☒    *Telephone Number:*   **(212) 803-4020**

☒    *Fax Number:*      **(212) 223-4134**

☒    *E-Mail Address:*      **rross@crowell.com**

Dated: January 22, 2008

C. Randolph Ross, Esquire
CROWELL & MORING, LLP
*Attorneys for Plaintiff*
153 East 53rd Street, 31st Floor
New York, New York 10022
Tel:     (212) 803-4020
Fax:     (212) 223-4134
e-mail: rross@crowell.com