IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDLAND HEALTHCARE, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-CV-11114(RWS) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, true and correct copies of the Notice of Motion of Breckenridge Pharmaceutical, Inc., for Summary Judgment, along with all annexed declarations and exhibits, and supporting Local Rule 56.1 statement and memorandum of law, were served electronically on all counsel of record via the Court's ECF system.

                                                                                                 /s/ C. Randolph Ross

| | |
|---|---|
| Kristi A. Davidson, Esquire (KD 4753) <br> BUCHANAN INGERSOLL & ROONEY PC <br> One Chase Manhattan Plaza, 35th Floor <br> New York, NY  10005-1417 <br> Telephone: (212) 440-4400 <br> Fax: (212) 440-4401 | C. Randolph Ross, Esquire (CR 8966) <br> Timothy J. Fierst, Esquire (TF 3247) <br> CROWELL & MORING, LLP <br> 153 East 53rd Street, 31st Floor <br> New York, New York 10022 <br> Telephone:  (212) 895-4200 <br> Fax:  (212) 223-4134 |

Attorneys for Plaintiff Breckenridge Pharmaceutical, Inc.