AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRECKENRIDGE PHARMACEUTICAL, INC.,

| | |
|---|---|
| | **Plaintiff(s)** |
| | **Petitioner(s)** |

- against -

MIDLAND HEALTHCARE, LLC,

| | |
|---|---|
| | **Defendant(s)** |
| | **Respondent(s)** |

INDEX #:
07 CV 11114
DATE FILED:
12/07/2007

JUDGE:
SWEET
ATTORNEY FILE#:
1034496-000051

STATE OF KANSAS: COUNTY OF JOHNSON: ss:

JOSEPH M. POWERS, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF KANSAS

That on 12/10/2007, 10:15AM at 1201 DOUGLAS AVENUE, KANSAS CITY KANSAS 66103, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT & COPY OF INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET & COPY OF 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL & COPY OF INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON
on MIDLAND HEALTHCARE, LLC, a defendant in the above action.

By delivering to and leaving with TAMMI KEE at the above address and that he knew the person so served to be the managing agent of the L.L.C..

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 35   Approximate height 5'06"   Approximate weight 200   Color of skin WHITE   Color of hair BROWN

BUCHANAN INGERSOLL
& ROONEY PC

ONE CHASE MANHATTAN PLAZA
35TH FLOOR
NEW YORK, NY 10005-1417
(212)440-4400

_____
JOSEPH M. POWERS

Sworn to before me on 01/07/2008

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726

Jan 7, 2008

ABBY A. TAVENER
MY COMMISSION EXPIRES
October 18, 2008
OFFICIAL SEAL

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

BRECKENRIDGE PHARMACEUTICAL, INC.,
Plaintiff,

V.

MIDLAND HEALTHCARE, LLC,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 11114

*JUDGE SWEET*

TO: (Name and address of Defendant)

Midland Helathcare, LLC
1201 Douglas Avenue,
Kansas City, Kansas 66103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____
CLERK

_____
(By) DEPUTY CLERK

DEC 0 7 2007
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                              Date                        *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.