UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

BRECKINRIDGE PHARMACEUTICAL, INC.,

                    Plaintiff,

        - against -

MIDLAND HEALTHCARE, LLC,

                    Defendant.

------------------------------------X

07 Civ. 11114 (RWS)

O R D E R


**Sweet, D.J.,**


        The motion of Plaintiff dated January 30, 3008 will be
heard at noon on Wednesday, March 26, 2008, in courtroom 18C.  All
motion papers shall be served in accordance with Local Civil Rule
6.1.


        It is so ordered.


**New York, NY**
**February  /  , 2008**

                                        _____
                                        ROBERT W. SWEET
                                        U.S.D.J.