*Sweet/T*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BRECKENRIDGE PHARMACEUTICAL, INC.,  )
    )
   Plaintiff,   )
    )
   v.   )   Civil Action No. 07-CV-11114(RWS)
    )
MIDLAND HEALTHCARE, LLC,   )
    )
   Defendant.   )
    )

---

RECEIVED FEB 0 8 2008 JUDGE SWEET CHAMBERS

### STIPULATION AND ORDER EXTENDING
### DEFENDANT'S TIME TO RESPOND TO SUMMARY JUDGMENT MOTION

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be, and hereby is, extended to February 27, 2008, and that the time for Plaintiff's reply be, and hereby is, extended to March 12, 2008.

Dated: New York, New York
February 6, 2008

C. Randolph Ross (CR 8966)
Timothy J. Fierst (TF 3247)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Kristi A. Davidson (KD 4753)
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Telephone: (212) 440-4400
Facsimile: (212) 440-4401

Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08

*[signature]*
Bruce Regenstreich (BR 2046)
BURRELL REGENSTREICH, LLC
219 E. Bergen Place
Red Bank, NJ 07701
Telephone: (732) 212-8400
Facsimile: (732) 212-9051
Email: bregenstreich@brbllc.com

Attorneys for Defendant

SO ORDERED:

*[signature]*
ROBERT W. SWEET, U.S.D.J.
Date: 2-8-08