IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-11114(RWS) |
| ) | |
| MIDLAND HEALTHCARE, LLC, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, true and correct copies of the Reply Memorandum of Law in Support of the Motion of Breckenridge Pharmaceutical, Inc. for Summary Judgment, along with the annexed declaration and all exhibits, were served electronically on all counsel of record via the Court's ECF system.

      /s/ C. Randolph Ross

| | |
|---|---|
| Kristi A. Davidson, Esquire (KD 4753) | C. Randolph Ross, Esquire (CR 8966) |
| BUCHANAN INGERSOLL & ROONEY PC | Timothy J. Fierst, Esquire (TF 3247) |
| One Chase Manhattan Plaza, 35th Floor | CROWELL & MORING, LLP |
| New York, NY 10005-1417 | 153 East 53rd Street, 31st Floor |
| Telephone: (212) 440-4400 | New York, New York 10022 |
| Fax: (212) 440-4401 | Telephone: (212) 895-4000 |
| | Fax: (212) 223-4134 |

Attorneys for Plaintiff Breckenridge Pharmaceutical, Inc.