IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BRECKENRIDGE PHARMACEUTICAL, INC.,

    Plaintiff,

v.   Civil Action No. 07-CV-11114(RWS)

MIDLAND HEALTHCARE, LLC,

    Defendant.

### STIPULATION AND ORDER CONCERNING EXHIBITS TO DEFENDANT'S OPPOSITION PAPERS TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that, Defendant having withdrawn, at Plaintiff's request, Exhibit A and B to its opposition papers (filed February 26, 2008) to Plaintiff's Motion for Summary Judgment, due to the confidential and proprietary information contained in such exhibits, that references to Defendant's Exhibit A are substituted by reference to the fourth and fifth pages of Exhibit 1 to Plaintiff's motion (labeled as pages 10 and 11), filed January 30, 2008, and references to Defendant's Exhibit B are substituted by reference to the last page of Exhibit 1 to Plaintiff's motion (labeled as page 18).

Dated: New York, New York
March 5, 2008

C. Randolph Ross (CR 8966)
Timothy J. Fierst (TF 3247)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Kristi A. Davidson (KD 4753)
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Telephone: (212) 440-4400
Facsimile: (212) 440-4401

Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

*[signature: Bruce Regenstreich]*
Bruce Regenstreich (BR 2046)
BURRELL REGENSTREICH, LLC
219 E. Bergen Place
Red Bank, NJ 07701
Telephone: (732) 212-8400
Facsimile: (732) 212-9051
Email bregenstreich@brbllc.com

Attorneys for Defendant


SO ORDERED:

*[signature: Miriam Goldman Cedarbaum]*
~~ROBERT W. SWEET~~, U.S.D.J.  Part I
Date: March 12, 2008

2