UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND HEALTHCARE, LLC <br><br> Defendant. | Case No. 07-CV-11114 (RWS) <br><br> NOTICE OF WITHDRAWAL |

     Please withdraw the appearance of the undersigned, Buchanan Ingersoll & Rooney PC, and its attorney, Kristi A. Davidson, as counsel for the Plaintiff Breckenridge Pharmaceutical Inc. in the above-captioned action. Co-Counsel CROWELL & MORING, LLP, and its attorneys C. Randolph Ross and Timothy J. Fierst, will continue as counsel for the Plaintiff and the withdrawal of attorneys will not delay any stage of litigation.

Dated: March 11, 2008
      New York, New York

BUCHANAN, INGERSOLL & ROONEY PC

_Kristi A. Davidson_
Kristi A. Davidson (KD 4753)
One Chase Manhattan Plaza, 35th Floor
New York, New York 10005
T: (212) 440-4400
F: (212) 440-4401

SO ORDERED:

_Sweet_
ROBERT W. SWEET
United States District Judge
3-12-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

    Jonah E. Perry Jr., duly sworn, deposes and says: that deponent is not a party to the within action, is over 18 years of age and is employed at BUCHANAN INGERSOLL & ROONEY PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

    That on the 11th day of March, 2008, deponent served the annexed NOTICE OF WITHDRAWAL by regular mail upon:

> Charles Randolph Ross, Esq.
> Crowell & Moring LLP
> 153 East 53rd Street, 31st Floor
> New York, New York 10022
>
> - and -
>
> Bruce Regenstreich, Esq.
> Burrell, Regenstreich & Booker, LLC
> 1065 Avenue of the Americas - 11th Floor
> New York, New York 10018

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper(s), in a post office official depository under the exclusive care and custody of the United States Postal Services within New York County.

_____
Jonah E. Perry Jr.

Sworn to before me this
11th day of March, 2008

_____
Notary Public

MARIE GALVIN MOTT
Notary Public, State of New York
No. 01MO4795926
Qualified in Kings County
Certificate Filed in New York County
Commission Expires 8-21 20 11

2