IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BRECKENRIDGE PHARMACEUTICAL, INC., )
)
    Plaintiff, )
)
v. ) Civil Action No. 07-CV-11114(RWS)
)
MIDLAND HEALTHCARE, LLC, )
)
    Defendant. )
)

---

### STIPULATION AND ORDER
### CONCERNING EXHIBITS TO DEFENDANT'S OPPOSITION PAPERS
### TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that, Defendant having withdrawn, at Plaintiff's request, Exhibit A and B to its opposition papers (filed February 26, 2008) to Plaintiff's Motion for Summary Judgment, due to the confidential and proprietary information contained in such exhibits, that references to Defendant's Exhibit A are substituted by reference to the fourth and fifth pages of Exhibit 1 to Plaintiff's motion (labeled as pages 10 and 11), filed January 30, 2008, and references to Defendant's Exhibit B are substituted by reference to the last page of Exhibit 1 to Plaintiff's motion (labeled as page 18).

Dated: New York, New York
March 5, 2008

C. Randolph Ross (CR 8966)
Timothy J. Fierst (TF 3247)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Kristi A. Davidson (KD 4753)
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Telephone: (212) 440-4400
Facsimile: (212) 440-4401

Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

_____
Bruce Regenstreich (BR 2046)
BURRELL REGENSTREICH, LLC
219 E. Bergen Place
Red Bank, NJ 07701
Telephone: (732) 212-8400
Facsimile: (732) 212-9051
Email bregenstreich@brbllc.com

Attorneys for Defendant


SO ORDERED:

_____
ROBERT W. SWEET, U.S.D.J.

Date: 3·13-08